UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>DEON LORENZO LYONS,<br><br>                    Defendant. | 2:95-CR-00286-PMP-RJJ<br><br>**ORDER** |

As in correctly argued by Plaintiff United States in their Opposition (Doc. #229) to Defendant Deon Lyon's Petition for Writ of *Audita Querela* Pursuant to Title 28, United States Code, Section 1651, Defendant Lyons is not entitled to the relief requested.  United States v. Gamboa, 608 F.3d 492, 495 (9th Cir. 2010).

**IT IS THEREFORE ORDERED** that Defendant Deon Lyon's Petition for Writ of *Audita Querela* (Doc. #227) is **DENIED**.

DATED:  January 24, 2012.

_____
PHILIP M. PRO
United States District Judge