UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEON LORENZO LYONS, ) <br> ) <br> Defendant. ) | 2:95-CR-00286-PMP-RJJ <br><br> ORDER |

For the reasons set forth in the Opposition (Doc. #256) filed by Plaintiff United States in response to Defendant Deon Lorenzo Lyons's Motion for Modification of Sentence (Doc. #254), and good cause appearing,

IT IS ORDERED that Defendant Deon Lorenzo Lyons's Motion for Modification of Sentence under 18 U.S.C. § 3582 (Doc. #254) is DENIED.

IT IS FURTHER ORDERED that a certificate of appealability is denied.

DATED: October 29, 2013

_____
PHILIP M. PRO
United States District Judge